No. 47. LAMBERT *v.* CALIFORNIA, *ante,* p. 225. Petition for rehearing and/or modification of the opinion denied.

FEBRUARY 3, 1958.

No. 143. KLIG *v.* BROWNELL, ATTORNEY GENERAL. Certiorari, 355 U. S. 809, to the United States Court of Appeals for the District of Columbia Circuit. The motion to substitute William P. Rogers, present Attorney General of the United States, as the party respondent in the place and stead of Herbert Brownell, Jr., resigned, is granted. *Jack Wasserman* and *David Carliner* were on the motion for petitioner.

No. 396. BROWNELL, ATTORNEY GENERAL, *v.* QUAN ET AL. Certiorari, 355 U. S. 861, to the United States Court of Appeals for the District of Columbia Circuit. The motion to substitute William P. Rogers, present Attorney General of the United States, as the party petitioner in the place and stead of Herbert Brownell, Jr., resigned, is granted. *Solicitor General Rankin* was on the motion for petitioner.

No. 692. GUERLAIN, INC., *v.* UNITED STATES. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Chauncey B. Garver* and *Charles C. Parlin, Jr.* for appellant. *Solicitor General Rankin* for the United States.